No. 40694.—Protests 275683–G, etc., of U. S. Rayon Corp. (New York).

Opinion by TILSON, J.    Certain items consisting of articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 40695.—Protest 866837–G of S. & A. Stern (New York).

Opinion by KINCHELOE, J.    On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

No. 40696.—Protests 870114–G, etc., of D. Rosen Co. (New York).

Opinion by KINCHELOE, J.    On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 27, 1939

No. 40697.—Protest 781648–G of Yamanaka & Co., Inc. (New York).

Opinion by KEEFE, J.    In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

No. 40698.—Protests 929056–G, etc., of Kwong Yuen & Co., Inc. (New York).

Opinion by KEEFE, J.    In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and the metal stands at 45 percent under paragraph 397 as claimed.

No. 40699.—Protests 890952–G, etc., of Taiyo Trading Co., Inc. (New York).

Opinion by KEEFE, J.    In accordance with stipulation of counsel and following Abstract 39426 the court held the bone lemon picks in question dutiable separately at 25 percent under paragraph 1537 as claimed.